Asa W. Markel (Bar No. 263029)
amarkel@masudafunai.com
Edward J. Underhill (*pro hac vice*)
eunderhill@masudafuani.com
David J. Stein (*pro hac vice*)
dstein@masudafunai.com
Jiwon J. Yhee (*pro hac vice*)
jyhee@masudafunai.com
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
19191 South Vermont Avenue, Suite 420
Torrance, CA  90502
Telephone:  (310) 630-5900
Facsimile:  (310) 630-5909

Attorney for Plaintiff Miner, Ltd.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MINER, LTD.,<br><br>    Plaintiff,<br><br>    vs.<br><br>BROCK WILLIAM LIVESEY, JOHN BARCLAY CHAMBERLAND, MATTHEW PEGAN, and COASTAL DOORS,<br><br>    Defendants. | Case No: 2:19-cv-6426 FMO (SKx)<br><br>**ORDER ON STIPULATION [49] RE: DISMISSAL**<br><br>Hon. Fernando M. Olguin |

THE COURT, having considered the joint stipulation for dismissal filed by all of the parties to this action, and good cause appearing therefor;

IT IS ORDERED dismissing this action with prejudice; and

1     IT IS FURTHER ORDERED that each party shall bear its own fees and costs

2  for this action.

3

4  DATED:  October 16, 2020          _____/s/_____

5                                    Hon. Fernando M. Olguin

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                              **PROOF OF SERVICE**

27  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

28

I am employed in the City of Torrance, County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 19191 South Vermont Avenue, Suite 420, Torrance, California, 90502.  On the date signed below, I served the documents named below on the parties in this action as follows:

**[PROPOSED] ORDER OF DISMISSAL**

Upon the parties named below as follows:

Leonard Brazil, Esq.
Clark and Trevithick
445 South Figueroa Street 18th Floor
Los Angeles, CA 90071-1605
TEL: 213-629-5700
FAX: 213-624-9441
lbrazil@clarktrev.com
Counsel for Defendants Brock William Livesey, John Barclay Chamberland, Matthew PeGan and Coastal Doors
(via ECF)

☐ (BY MAIL WHERE INDICATED) I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Torrance, California.  I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (ELECTRONIC TRANSMISSION WHERE INDICATED) I caused the above referenced document(s) to be transmitted electronically to the interested parties in this action in their most recently known email addresses, via the Court's ECF system.

☐ (BY FEDERAL EXPRESS WHERE INDICATED) I am readily familiar with the practice of the firm for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on October 14, 2020 at Torrance, California.        /s/ Yuko Perdue
                                                                                              Yuko Perdue

[PROPOSED] ORDER OF DISMISSAL

559857v2